UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL BROWN,

    Plaintiff,

v.                                          Case No: 6:19-cv-1407-Orl-18DCI

MARCO RUBIO,

    Defendant.

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff Michael Brown's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). After review of the Report and Recommendation (Doc. 4) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 4) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Michael Brown's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DENIED with prejudice**.

4. The Clerk of Court is directed to **CLOSE** the case.

DONE and ORDERED in Orlando, Florida, this _5_ day of September, 2019.

                                                    G. KENDALL SHARP
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties